**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| PETER SIKES, | : | CASE NO.:  19-30419 (AMN) |
| DEBTOR. | : | AUGUST 16, 2019 |

**ORDER AUTHORIZING RULE 2004 EXAMINATION OF**
**PEOPLE'S UNITED BANK**

Upon consideration of the Motion For Rule 2004 Examination submitted by Giganet Systems, Inc., a party-in-interest in the above-captioned case seeking an order authorizing a Bankruptcy Rule 2004 examination of People's United Bank ("People's Bank") and the Court having determined there is good cause for granting the requested relief as conditioned hereafter:

**IT IS HEREBY ORDERED** that Giganet may examine a representative of People's Bank pursuant to Fed. R. Bankr. P. 2004(a), with attendance, and the production of documentary evidence, by agreement, or compelled in the manner provided in Fed. R. Bankr. P. 9016, *see* Fed. R. Bankr. P. 2004(c).