**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| PETER SIKES | : | |
| DEBTOR | : | CASE NO.19-30419 AMN |
| | : | |
| | : | FEBRUARY 23, 2022 |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY**
**AND OPPORTUNITY FOR OBJECTIONS THERETO**

    Barbara H. Katz, Trustee, having determined that a fraudulent transfer claim and related adversary proceeding against Andrea Sikes, Adversary Proceeding No. 21-03008 in the amount of $50,000.00 ("Property") is burdensome to the estate and/or of inconsequential value and benefit to the estate in that 1) Ms. Sikes has provided to the Trustee a sworn financial statement dated February 3, 2022 which states that the value of her non-exempt assets is $8,645.00; 2) the Trustee's attorneys to date have incurred $10,614.00 in fees on an hourly basis and $27.16 in expenses; 3) the Trustee's commission is estimated at $1,614.50; 4) Court Fees are $350.00, leaving an inconsequential balance to pay allowed claims which total $192,390.15; 5) the Trustee has received an offer to purchase the Property for $2,500.00 plus a waiver of the largest claim against the estate which would also leave an inconsequential amount to pay claims totaling $2,021.54 in this estate; and 6) based upon these facts it is the Trustee's belief that the continued litigation of this Property is burdensome to the estate and involves the estate in a two party dispute which can be pursued in a different forum and should not be heard in this Court, hereby gives notice to abandon the Property as an asset of this estate.

    Creditors and parties in interest must file their objection, if any, to the proposed abandonment or disposition with the Clerk, U.S. Bankruptcy Court, 157 Church Street, 18th Floor, New Haven, Ct 06510, with a copy served upon the Trustee, on or before March 11, 2022.

    Dated at New Haven, Connecticut this 23rd day of February, 2022.

                                                            __/s/ Barbara H. Katz_____
                                                            Barbara H. Katz, Trustee
                                                            57 Trumbull Street
                                                            New Haven, Connecticut 06510
                                                            Telephone: (203) 772-4828
                                                            Facsimile: (203 777-2791
                                                            barbarakatz@snet.net
                                                            ct06946